IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **OSCAR CORONA, VICTOR CORONA, AND MIGUEL CORONA,** on behalf of themselves, and all other similarly situated plaintiffs known and unknown, <br><br> Plaintiffs <br><br> v. <br><br> **DAMGAARD LANDSCAPE MANAGEMENT A/K/A OTTO DAMGAARD SONS, INC.,** <br><br> Defendant | N<u>o.</u> 16 cv 0819 <br><br> Honorable Judge Jorge L. Alonso <br><br> ***JURY DEMAND*** |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE AGREED MOTION FOR PRELIMINARY APPROVAL OF THE PARTIES' JOINT STIPULATION AND AGREEMENT TO SETTLE CLASS ACTION CLAIMS AND FOR APPROVAL OF CLASS CERTIFICATION**

NOW COME the parties, through their attorneys of record, and for their Joint Motion for Extension of Time to File their Agreed Motion for Preliminary Approval of the Parties' Joint Stipulation and Agreement to Settle Class Action Claims and for Approval of Class Certification, state as follows:

1. At the status hearing of August 17, 2016, the parties appeared before this Court for status and explained that they had made progress on their Fed. R. Civ. P. 23 class action settlement discussions, but required additional time to complete their negotiations and prepare and file their Motion for Preliminary Approval.

2. This Court set a filing date of October 6, 2016 for the Motion for Preliminary Approval and a hearing date of October 13, 2016.

3. Since that time, the parties have worked very diligently and have reached agreement on all of the principal terms of the settlement. However, there are a few details to

1

work out before the parties file their Motion for Preliminary Approval and related documents. Specifically, the parties need to secure the services of a class administrator and identify a potential *cy pres* recipient.

    4.    In conjunction with the foregoing, the parties respectfully request an additional twenty-one days to file their Agreed Motion for Preliminary Approval of the Parties' Joint Stipulation and Agreement to Settle Class Action Claims and for Approval of Class Certification. This request is not made for reasons of delay and will not be prejudicial to any party.

WHEREFORE, the parties respectfully request this Court to enter an Order granting their Joint Motion for Extension of Time to File their Agreed Motion for Preliminary Approval of the Parties' Joint Stipulation and Agreement to Settle Class Action Claims and for Approval of Class Certification, allowing the parties an additional twenty-one (21) days from entry of the Order to file their Motion, and for such other relief as the Court deems appropriate under the circumstances.

Dated: September 30, 2016                                     Respectfully submitted,

/s/ Kenneth Jenero                                             /s/ Meghan A. VanLeuwen
_____                   _____
Kenneth Jenero                                                  Meghan A. VanLeuwen

HOLLAND & KNIGHT LLP                       FARMWORKER & LANDSCAPER ADVOCACY
131 S. Dearborn Street, 30th Floor               PROJECT
Chicago, IL, 60603                                       33 North LaSalle Street, Suite 900
(312) 715-5790                                             Chicago, IL, 60602
Counsel for Defendant                                (312) 784-3451
                                                                  Counsel for Plaintiffs