IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **OSCAR CORONA, VICTOR CORONA, AND MIGUEL CORONA,** on behalf of themselves, and all other similarly situated plaintiffs known and unknown, | ) ) ) ) ) | No. 16 cv 0819<br><br>Honorable Judge Jorge L. Alonso |
| Plaintiffs | ) ) | |
| v. | ) ) | ***JURY DEMAND*** |
| **DAMGAARD LANDSCAPE MANAGEMENT A/K/A OTTO DAMGAARD SONS, INC.,** | ) ) ) ) | |
| Defendant | ) | |

**AGREED MOTION FOR PRELIMINARY APPROVAL OF
THE PARTIES' JOINT STIPULATION AND AGREEMENT TO SETTLE CLASS
ACTION CLAIMS AND FOR APPROVAL OF CLASS CERTIFICATION**

Plaintiffs Oscar Corona, Victor Corona, and Miguel Corona ("**Plaintiffs**"), on behalf of themselves and all others similarly situated, with the agreement of Defendant, move this Court for an order preliminarily approving the Parties' Joint Stipulation of Settlement and Agreement to Settle Class Action Claims, and an order approving class certification for settlement purposes, approving the form and manner of class notice, and scheduling a Fairness Hearing for final approval of settlement. In further support of this Agreed Motion, the Parties have contemporaneously filed a Memorandum In Support and exhibits.

Respectfully Submitted,

*Electronically Filed 10/27/2016*

s/ Meghan A. VanLeuwen

Meghan A. VanLeuwen
FARMWORKER &
LANDSCAPER
ADVOCACY PROJECT
33 N. LaSalle St. Suite 900
Chicago, IL, 60602
(312) 784-3541

*One of the Attorneys for Plaintiffs, and all other Plaintiffs similarly situated, known and unknown*

DAMGAARD LANDSCAPE
MANAGEMENT, A/K/A OTTO
DAMGAARD SONS, INC.

By: s/ Kenneth A. Jenero
       One of Its Attorneys

Kenneth A. Jenero
HOLLAND & KNIGHT LLP
131 South Dearborn St., 30th Floor
Chicago, IL, 60603
Telephone: (312) 715-5790

*Attorney for Defendants*

2