IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **OSCAR CORONA, VICTOR CORONA, AND MIGUEL CORONA,** on behalf of themselves, and all other similarly situated plaintiffs known and unknown, | ) ) ) ) ) | N°. 16 cv 0819 |
| | ) | Honorable Judge Jorge L. Alonso |
| Plaintiffs | ) ) | |
| v. | ) ) | ***JURY DEMAND*** |
| **DAMGAARD LANDSCAPE MANAGEMENT A/K/A OTTO DAMGAARD SONS, INC.,** | ) ) ) | |
| Defendant | ) ) | |

**PRELIMINARY APPROVAL ORDER**

This cause comes before the Court upon the Parties' Joint Motion for Preliminary Approval of the Parties' Stipulation and Agreement to Settle Class Action Claims and for Approval of Class Certification ("**Settlement Agreement**").

The Court has reviewed the Settlement Agreement and the exhibits attached thereto and preliminarily finds that the proposed settlement is within the range of fair, reasonable, and adequate resolution of the issues in this proceeding and, therefore,

**IT IS ORDERED** that:

1. The following Class is conditionally certified for settlement purposes only: "All landscape maintenance employees, excluding crew leaders, of Damgaard Landscape Management a/k/a Otto Damgaard Sons Inc., between January 2007 and November 3, 2016 who had a deduction taken from their wages for uniforms."

2. John W. Billhorn of the Billhorn Law Firm and Meghan A. VanLeuwen of the Farmworker & Landscaper Advocacy Project are designated as Class Counsel. Oscar Corona, Miguel Corona, and Victor Corona are designated as representatives for the Class.

3. American Legal Claims Services, LLC is appointed as Settlement Administrator to carry out the terms and conditions of the Agreement.

4. Class Counsel Fees are preliminarily approved in the amount of $12,507.00.

5. The following incentive payments to the Named Plaintiffs are preliminarily approved: $250.00 to Miguel Corona, $1,250.00 to Victor Corona, and $1,000.00 to Oscar Corona.

6. Unclaimed funds in the Remainder Fund will be used first to reimburse Defendant for administration costs paid to the Settlement Administrator.

7. The *cy pres* recipient nominated by the Parties is hereby approved and shall receive the balance of the Remainder Fund as provided in the Settlement Agreement: Mano a Mano Family Resource Center in Round Lake Park, Illinois.

8. Defendant shall provide the Settlement Administrator and Class Counsel with a list of Class Members' names, addresses and telephone numbers no later than November 21, 2016.

9. The Notice of Settlement and Claim Form attached to the Settlement Agreement and the plan for their dissemination as specified in the Settlement Agreement are approved. The Notice of Settlement and Claim Form will be mailed to Class Members no later than 30 days after entry of this Order, on or about December 5, 2016.

10. The deadline for the return of the Claim Form, the filing of objections, and the filing of opt-out forms, shall be January 20, 2017.

11. The Parties' Joint Motion For Final Approval shall be filed on or before March 7, 2017, and shall be scheduled for hearing on or about March 28, 2017.

12. Pending the outcome of a final fairness hearing, all members of the Class are enjoined from (i) commencing, prosecuting, or maintaining any claim already asserted in, and encompassed by, this proceeding, and (ii) commencing, prosecuting, or maintaining in any court or forum, other than this Court, any claim, action or other proceeding that challenges or seeks review from any order, judgment, action, decision, or ruling of this Court in connection with the Settlement Agreement.

13. A final fairness hearing will be held on or about March 28, 2017 at 11:00 A.M. before the Honorable Jorge L. Alonso in Courtroom 1219 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois.

ENTER:

11/3/16

_____
Jorge L. Alonso
United States District Court