IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **OSCAR CORONA, VICTOR CORONA, AND MIGUEL CORONA,** on behalf of themselves, and all other similarly situated plaintiffs known and unknown, | ) ) ) ) ) No. 16 cv 0819 ) |
| Plaintiffs | ) Honorable Judge Jorge L. Alonso ) ) |
| v. | ) ***JURY DEMAND*** ) |
| **DAMGAARD LANDSCAPE MANAGEMENT A/K/A OTTO DAMGAARD SONS, INC.,** | ) ) ) |
| Defendant | ) |

**AGREED MOTION FOR FINAL APPROVAL OF
THE PARTIES' JOINT STIPULATION AND
AGREEMENT TO SETTLE CLASS ACTION CLAIMS**

Plaintiffs Oscar Corona, Victor Corona, and Miguel Corona ("Plaintiffs"), on behalf of themselves and all others similarly situated, with the agreement of Defendant, move this Court for an order of Final Approval of the Parties' Joint Stipulation of Settlement and Agreement to Settle Class Action Claims. In further support of this Agreed Motion, the Plaintiffs have contemporaneously herewith filed a Memorandum in Support.

Respectfully Submitted,

***Electronically Filed 3/6 /2017***

s/ John W. Billhorn

John W. Billhorn

BILLHORN LAW FIRM
53 W. Jackson Blvd., Ste. 840
Chicago, IL, 60604
(312) 853-1450

*One of Plaintiff's Attorneys*


With the agreement of:

/s Kenneth Jenero

Kenneth Jenero

HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Floor
Chicago, IL, 60603
(312) 715-5790

*Attorney for Defendant*